UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| TAMI FRYE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATURE'S PATH FOODS USA INC., a foreign profit corporation; and DOES 1-20, as yet unknown Washington entities,<br><br>Defendants. | No. 2:24-cv-02079-JNW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO STAY CASE PENDING MEDIATION** |

### STIPULATION

Plaintiff Tami Frye and Defendant Nature's Path Foods USA Inc., by and through their undersigned counsel, hereby stipulate to respectfully ask the Court to exercise its inherent power to control its docket and enter an order staying this case until after the parties' mediation, which is scheduled to take place prior to February 13, 2025. The parties agree to submit a joint status report by March 1, 2025, apprising the Court of the status of the case after mediation. The stipulated stay of this case will promote efficiency for the parties and the Court.

This stipulation and order shall not operate as an admission of any factual allegation or legal conclusion, nor shall it operate as a waiver nor otherwise affect any right, defense, claim, or objection.

JOINT STIPULATION AND [PROPOSED] ORDER TO STAY CASE PENDING MEDIATION - 1

No. 2:24-cv-02079-JNW

EMERY | REDDY, PLLC
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106 • Fax: (206) 441-9711

1  *IT IS SO STIPULATED*

2  Dated this 15th day of January, 2025.

| **EMERY | REDDY, PLLC** | **PERKINS COIE LLP** |
|---|---|
| By: *s/ Timothy W. Emery*<br>Timothy W. Emery, WSBA #34078<br>Patrick B. Reddy, WSBA #34092<br>Paul Cipriani, WSBA #59991<br>600 Stewart Street, Suite 1100<br>Seattle, WA 98101<br>Phone: (206) 442-9106<br>Fax: (206) 441-9711<br>Email: emeryt@emeryreddy.com<br>        reddyp@emeryreddy.com<br>        paul@emeryreddy.com<br><br>*Attorneys for Plaintiff* | By: *s/ Julie S. Lucht*<br>Julie S. Lucht, WSBA #31278<br>Kyle D. Nelson, WSBA #49981<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101<br>Phone: (206) 359-8000<br>Fax: (206) 359-9000<br>Email: jlucht@perkinscoie.com<br>        kylenelson@perkinscoie.com<br><br>*Attorneys for Defendant* |

JOINT STIPULATION AND [PROPOSED] ORDER TO STAY CASE PENDING MEDIATION - 2

No. 2:24-cv-02079-JNW

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106 • Fax: (206) 441-9711

**[PROPOSED]** ORDER

IT IS SO ORDERED.

DATED: January 16, 2025.

_____
HONORABLE JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE

Presented by:

| | |
|---|---|
| **EMERY \| REDDY, PLLC** | **PERKINS COIE LLP** |
| By: *s/ Timothy W. Emery* | By: *s/ Julie S. Lucht* |
| Timothy W. Emery, WSBA #34078 | Julie S. Lucht, WSBA #31278 |
| Patrick B. Reddy, WSBA #34092 | Kyle D. Nelson, WSBA #49981 |
| Paul Cipriani, WSBA #59991 | 1201 Third Avenue, Suite 4900 |
| 600 Stewart Street, Suite 1100 | Seattle, WA 98101 |
| Seattle, WA 98101 | Phone: (206) 359-8000 |
| Phone: (206) 442-9106 | Fax: (206) 359-9000 |
| Fax: (206) 441-9711 | Email: jlucht@perkinscoie.com |
| Email: emeryt@emeryreddy.com | kylenelson@perkinscoie.com |
| reddyp@emeryreddy.com | |
| paul@emeryreddy.com | |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

JOINT STIPULATION AND [PROPOSED] ORDER TO STAY CASE PENDING MEDIATION - 3

No. 2:24-cv-02079-JNW

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106 • Fax: (206) 441-9711