UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TAMI FRYE, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>NATURE'S PATH FOODS USA INC., a foreign profit corporation; and DOES 1-20, as yet unknown Washington entities,<br><br>　　　　　　　　　　Defendant. | No. 2:24-cv-02079<br><br>STIPULATION FOR ORDER OF DISMISSAL<br><br>[PROPOSED] |

## **STIPULATION**

Plaintiff Tami Frye, by and through her attorney, Timothy W. Emery, Patrick B. Reddy, Paul Cipriani and Hannah M. Hamley of Emery Reddy, PLLC, and Defendant Nature's Path Foods USA Inc., by and through their attorneys Julie S. Lucht and Kyle D. Nelson of Perkins Coie LLP, hereby stipulate to entry of an Order dismissing all claims with prejudice and without an award of costs or attorney fees to either party.

///

///

///

DATED this 12th day of March, 2025.

| EMERY | REDDY, PLLC | PERKINS COIE LLP |
|---|---|

By */s/ Timothy W. Emery*
By */s/ Patrick B. Reddy*
By */s/ Paul Cipriani*
By */s/ Hannah M. Hamley*
Timothy W. Emery, WSBA #34078
Patrick B. Reddy, WSBA #34092
Paul Cipriani, WSBA #59991
Hannah M. Hamley, WSBA #59020
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106
Email: emeryt@emeryreddy.com
Email: reddyp@emeryreddy.com
Email: paul@emeryreddy.com
Email: hannah@emeryreddy.com

*Attorneys for Plaintiff*

By */s/ Julie S. Lucht*
Julie S. Lucht, WSBA #31278
Kyle D. Nelson, WSBA #49981
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Phone: (206) 359-8000
Email: jlucht@perkinscoie.com
Email: kylenelson@perkinscoie.com

*Attorneys for Defendant*

## ORDER

Based on the above stipulation of the parties, the Court hereby ORDERS that the suit is hereby DISMISSED WITH PREJUDICE and is dismissed without costs or attorney fees to either party.

DATED this 13th day of March, 2025.

UNITED STATES DISTRICT JUDGE
JAMAL N. WHITEHEAD

Presented by:

EMERY | REDDY, PLLC

By */s/ Timothy W. Emery*
By */s/ Patrick B. Reddy*
By */s/ Paul Cipriani*
By */s/ Hannah M. Hamley*
Timothy W. Emery, WSBA #34078
Patrick B. Reddy, WSBA #34092
Paul Cipriani, WSBA #59991
Hannah M. Hamley, WSBA #59020
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106
Facsimile: (206) 441-9711
Email: emeryt@emeryreddy.com
Email: reddyp@emeryreddy.com
Email: paul@emeryreddy.com
Email: hannah@emeryreddy.com

*Attorneys for Plaintiff*

PERKINS COIE LLP

By */s/ Julie S. Lucht*
Julie S. Lucht, WSBA #31278
Kyle D. Nelson, WSBA #49981
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Phone: (206) 359-8000
Email: jlucht@perkinscoie.com
Email: kylenelson@perkinscoie.com

*Attorneys for Defendant*